IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| DAVID COTNEY, JR | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE No. 2:03-cv-1181-WKW |
| | ) | (WO) |
| GARRY BOWERS, | ) | |
| Defendant. | ) | |

# **FINAL JUDGMENT**

In accordance with the verdict of the jury rendered on November 7, 2006, in favor of the defendant, it is ORDERED and ADJUDGED that:

1. Judgment is hereby entered in favor of the defendant and against the plaintiff.

2. This case is hereby DISMISSED with prejudice.

2. Costs are hereby taxed against the plaintiff for which execution may issue.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 13th day of November, 2006.

                     /s/ W. Keith Watkins
                     UNITED STATES DISTRICT JUDGE